OPINION — AG — ** REVOLVING FUND — UNIVERSITY OF OKLAHOMA ** THE OKLAHOMA GEOLOGICAL SURVEY, SAME BEING " UNDER THE DIRECTION AND SUPERVISION OF THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA " IS AUTHORIZED TO OPERATE A REVOLVING FUND, AND TO DEPOSIT SAID FUND IN THE STATE TREASURER. (COLLEGES, UNIVERSITIES, DEPARTMENT, SALE, PUBLIC FUNDS) CITE: 62 O.S. 165 [62-165], 62 O.S. 166 [62-166], 74 O.S. 232 [74-232] (FRED HANSEN)